In the MATTER OF L.D., By Her Next Friend Lacey Waterman, and Lacey Waterman, Individually, Appellant,

v.

John DAILEY, Respondent.

WD 78957

Missouri Court of Appeals, Western District.

ORDER FILED: September 6, 2016

Lauri J. Laughland, Grandview, MO, for appellants.

John Dailey, Respondent Pro Se.

Before Division Two: Karen King Mitchell, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

### ORDER

Per curiam:

Appellant Lacey Waterman ("Mother") appeals the decision of the Circuit Court of Jackson County, Missouri awarding joint legal custody of the parties' daughter, L.D., to Mother and John Dailey ("Father"). We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).